FILED
CLERK, U.S. DISTRICT COURT

JUL - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRISCILLA K. AL-UQDAH,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Respondent. | Case No. CV 09-05208 JFW (AN)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has conducted its de novo review of the pleadings and all other papers in this case, including the Magistrate Judge's Report and Recommendation ("R&R"). No Objections were filed.

IT IS SO ORDERED that (1) the R&R is approved and adopted; (2) Plaintiff's request for an order remanding this case to the Commissioner for immediate payment of benefits or for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) is DENIED; (3) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (4) judgment shall be entered affirming the Commissioner's final decision.

Dated: July 6, 2010

                                                JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE