ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PRISCILLA K. AL-UQDAH, | Case No. CV 09-05208 JFW (AN) |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, COMMISIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

Dated: July 6, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY